UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,                     CIVIL ACTION

VERSUS                                        NO. 12-321

ST. BERNARD PARISH                            SECTION "C" (1)

ORDER

Before the Court is defendant St. Bernard Parish's motion for Appeal of Magistrate Judge Decision to the District Court. Rec. Doc. 139. A district court may only reverse a Magistrate Judge's ruling where the court finds the ruling to be "clearly erroneous or contrary to law." Fed.R.Civ.Pro. 72(a); *Castillo v. Frank*, 70 F.3d 382 (5th Cir. 1995). "This highly deferential standard requires the court to affirm the decision of the magistrate judge unless 'on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed.'" *Benoit v. Nintendo of America*, No. Civ. A. 01-674, 2001 WL 1524510, *1 (E.D. La. 2001)(citing *United States v. United States Gypsum Co.*, 333 U.S. 364 (1948)). A motion to review is appropriate when a Magistrate Judge has obviously misapprehended a party's position, the facts, or the applicable law, or when the party produces new evidence that could not have been obtained through the exercise of due diligence. *Schrag v. Dinges*, 144 F.R.D. 121, 123 (D. Kan. 1992). Here, the Court finds that the Magistrate Judge's Order is not clearly erroneous or contrary to law. Rec. Doc. 129.

Accordingly, the Motion for Appeal of Magistrate Judge Decision to the District Court is

DENIED. Rec. Doc. 139.

New Orleans, LA, this 18th day of January, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE