**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**UNITED STATES OF AMERICA,**                          **CIVIL ACTION**


**VERSUS**                                             **NO. 12-321**


**ST. BERNARD PARISH**                                 **SECTION "C" (1)**

ORDER

Before the Court is defendant St. Bernard Parish's motion for review and to set aside the

Magistrate Judge's Order denying the mover's motions to quash the notices of deposition of

defendant's experts and for protective order. Rec. Doc. 161.  A district court may only reverse a

Magistrate Judge's ruling where the court finds the ruling to be "clearly erroneous or contrary to

law." Fed.R.Civ.Pro. 72(a); *Castillo v. Frank*, 70 F.3d 382 (5th Cir. 1995).  "This highly

deferential standard requires the court to affirm the decision of the magistrate judge unless 'on

the entire evidence [the court] is left with a definite and firm conviction that a mistake has been

committed.'" *Benoit v. Nintendo of America*, No. Civ. A. 01-674, 2001 WL 1524510, *1 (E.D.

La. 2001)(citing *United States v. United States Gypsum Co.*, 333 U.S. 364 (1948)). A motion to

review is appropriate when a Magistrate Judge has obviously misapprehended a party's position,

the facts, or the applicable law, or when the party produces new evidence that could not have

been obtained through the exercise of due diligence. *Schrag v. Dinges*, 144 F.R.D. 121, 123 (D.

Kan. 1992).  Here, the Court finds that the Magistrate Judge's Order is not clearly erroneous or

contrary to law. Rec. Doc. 156.  Defendant has re-hashed the arguments it made before the

Magistrate Judge rather than providing a basis for this Court to reverse her ruling. The parties

appear to have resolved the payment and travel expenses issue before bringing the matter to the

court. Rec. Doc. 168, p. 6; Rec. Doc. 167, p. 3-4; Rec. Doc. 161, p. 4. The Court acknowledges

the United States' urging to sanction defendants under Federal Rule of Evidence 37(a)(5)(B), but

at the moment refrains from doing so.  However, the Court cautions counsel for St. Bernard

Parish that if it continues filing what amounts to meritless motions, sanctions will be imposed.

 Accordingly, the Motion to Review and Set Aside Magistrate's Order is DENIED. Rec.

Doc. 161.

 New Orleans, LA, this 1st day of February, 2013.


           HELEN G. BERRIGAN
           UNITED STATES DISTRICT JUDGE